Landon T. Maxwell, Esq., AZ #038439
**CONSUMER JUSTICE LAW FIRM**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff,*
*Jorge Ainza*

## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Ainza, | **Case No.:**4:25-cv-00119-TUC-AMM (JR) |
| Plaintiff, | Honorable Angela M. Martinez |
| v. | Honorable Jacqueline M. Rateau |
| | **NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK** |
| Synchrony Bank, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jorge Ainza ("Plaintiff") and Defendant Synchrony Bank., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Synchrony Bank. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

RESPECTFULLY SUBMITTED this 27th day of February 2026.

By: /s/ Landon T. Maxwell
Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff,*
*Jorge Ainza*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Mari Cervantes*